**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Beautanous COOR, Defendant–
Appellant.**

No. 07–6388.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 10, 2007.

Decided: May 15, 2007.

Beautanous Coor, Appellant Pro Se. Jane J. Jackson, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM.

Beautanous Coor filed a petition under 28 U.S.C. § 2241 (2000), seeking to challenge his conviction and sentence in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The district court construed the § 2241 petition as a motion under 28 U.S.C. § 2255 (2000), and dismissed for lack of jurisdiction. Coor asserts that § 2255 is inadequate and ineffective to test the legality of his detention and contends that his claims should be considered under § 2241 pursuant to the savings clause in § 2255. Because Coor does not meet the standard set forth in *In re Jones,* 226 F.3d 328, 333–34 (4th Cir. 2000) for application of the savings clause, we affirm the denial of relief. We deny as unnecessary Coor's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*